IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 17-0145-CG-MU ) |
| CITY OF MOBILE, ALABAMA, *et al.*, | ) ) |
| Defendants. | ) |

### ORDER

On August 23, 2017, Defendants Thomas Calhoun, Wilbur Williams, Donald Pears, Mark Neno, Charles Bailey, and the City of Mobile, Alabama filed a Motion to Stay Parties' Planning Meeting, Filing of 26(f) Report, and Commencement of Discovery in this action. (Doc. 81). Plaintiff filed a response in opposition to Defendants' motion on August 31 2017. (Doc. 84). The moving defendants filed a reply to the response on September 7, 2017. (Docs. 85). After consideration of the motion and responses, the Court finds that Defendants' motion is due to be **GRANTED** for the reason set forth below.

Plaintiff filed a complaint under 42 U.S.C. § 1983 and Alabama state law against the moving defendants, as well as four non-moving defendants. (Doc. 1). Defendants have set forth qualified immunity defenses, as well as other immunity and non-immunity defenses, in motions to dismiss; therefore, pursuant to *Howe v. City of Enterprise*, 861 F.3d 1300, 1301 (11th Cir. 2017), the motion to stay discovery and Rule 26(f) obligations in this action is **GRANTED as to all Defendants** pending a ruling on their motions to dismiss**.** After a ruling on the motions to dismiss is entered on the

docket, Plaintiff and the remaining defendants are hereby **ORDERED** to comply with Rule 26(f) within 14 days of the order.

**DONE** and **ORDERED** this **18th** day of **September, 2017**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**