IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE MARTIN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-00145-CG-MU |
| | ) | |
| CITY OF MOBILE, ALABAMA, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATEMENT IN RESPONSE TO COURT'S ORDER OF SEPTEMBER 13, 2018**

COMES NOW Plaintiff, George Martin, and Defendants City of Mobile, Alabama, Thomas Calhoun, Wilbur Williams, Donald Pears, Charles Bailey, Mark Neno (hereinafter "the City Defendants"), and Defendants State of Alabama, Donald Valeska, William Dill, and Gerrilyn Grant (hereinafter "the AG Defendants") by and through undersigned counsel of record, and file this joint statement in response to the Court's order dated September 13, 2018:

On September 13, 2018 the Court issued an order asking the parties to submit a joint statement regarding the effect of the Alabama Supreme Court's decision in *Ex Parte State,* No. 1170407, 2018 WL 4177525 (Ala. Aug. 31, 2018), which reversed the Alabama Criminal Court of Appeals decision affirming the trial court's dismissal of the indictment against George Martin. (Doc. 101).  The parties were directed to file a joint position, including each parties' individual positions if consensus was not reached, regarding the effect of the decision on the current status of this case.  As the Plaintiff's and Defendants' positions differ, each is set out as follows below:

**Plaintiff's Position**

Following the Alabama Supreme Court's decision, Plaintiff contacted several of the City Defendants to inquire if the Defendants would agree to a stay of the civil proceedings pending

32388607 v2

the outcome of the criminal litigation.  After this Court subsequently directed the parties to formally address the Alabama Supreme Court's decision, Plaintiff repeated his request to the City Defendants and stated his wish to submit a joint stipulation for a stay to this Court.  On Friday, September 21, 2018, the City Defendants informed Plaintiff they would not agree to a stay of the proceedings.  Plaintiff further has been informed that the AG Defendants do not agree to a stay of the proceedings.

Plaintiff submits that a stay of these civil proceedings pending the resolution of the renewed criminal proceedings against Mr. Martin is not only necessary for finality and consistency under *Heck v. Humphrey*, 512 U.S. 477 (1994), but is required by the interests of justice.  Mr. Martin's allegations of misconduct in Defendants' investigation, prosecution and wrongful conviction of him are central to both Mr. Martin's causes of action in this case and to Mr. Martin's defense against the indictment in the criminal proceeding.  That proceeding can and must take precedence.  Indeed the outcome of that proceeding may be case dispositive of this civil suit or may change the parties' position with respect to settlement.  This includes Mr. Martin's claims against the AG Defendants, who remain parties during the pendency of Mr. Martin's Objections to the Magistrate Judge's Report and Recommendation regarding the State and the AG Defendant's Motion to Dismiss [Dkt. 96].  To that end, Mr. Martin intends to file a motion to stay these proceedings, and will do so on or before Wednesday, October 3, 2018.

**Defendants' Position**

The City Defendants each have Motions to Dismiss in this case which remain under submission before the Court. Oral argument was heard by the Court on these motions on May 23, 2018. The Alabama Supreme Court's decision in *Ex Parte State,* No. 1170407, 2018 WL 4177525 (Ala. Aug. 31, 2018), largely does not substantively affect the grounds asserted by the

City Defendants in their Motions to Dismiss, which are based primarily upon the statute of limitations and on qualified immunity, together with certain statutory defenses available to the City of Mobile. Therefore, it is the position of the City Defendants that these motions are due to be ruled on by the Court.

The only exception to the above position is on Plaintiff's state law claim for malicious prosecution. As a result of the Alabama Supreme Court's recent opinion, this claim now lacks the necessary element of a final adjudication in favor of Mr. Martin, and therefore is due to be dismissed.

Subsequent to the issuance of the Alabama Supreme Court's opinion, Plaintiff contacted the City Defendants in regards to an overall stay of all matters in this civil action pending the outcome of Plaintiff's criminal proceeding. The City Defendants oppose such a stay, and will more fully respond to Plaintiff's stay request once Plaintiff files his motion in connection therewith. However, the City Defendants note that by Order of September 19, 2017 (Doc. 87), matters in this case have been and remain stayed pending a ruling by the Court on the pending Motions to Dismiss filed by the City Defendants.

Lastly, the Court's Order does not specifically reference the AG Defendants, who have already received a ruling in their favor on their Motion to Dismiss in the form of a Report and Recommendation, and are awaiting a ruling by the District Judge thereon. (Doc. 95). The AG Defendants state that the Alabama Supreme Court decision has no effect on the Report and Recommendation and objection thereto (still pending), and the AG Defendants object to any stay which would delay entry of a final order on their Motion to Dismiss .

Undersigned counsel for City of Mobile, Alabama, certifies that he has conferred with counsel for Plaintiff, George Martin, and counsel for the City Defendants and the AG Defendants, and has received their express permission to affix their signatures to this document.

Respectfully submitted,

*s/ John H. Sharer*
JOHN H. SHARER
ZATHRINA ZASELL G. PEREZ
DIONE GARLOCK

Attorneys for Plaintiff, George Martin

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   (213) 229-7000
Facsimile:    (213) 229-7520
Email:        jsharer@gibsondunn.com
              zperez@gibsondunn.com
              dgarlick@gibsondunn.com

*s/ Michael D. Strasavich*
MICHAEL D. STRASAVICH        (STRAM9557)
RICARDO A. WOODS             (WOODR1019)
TAYLOR B. JOHNSON            (BARRT8851)

Attorneys for Defendant City of Mobile, Alabama

OF COUNSEL:

BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama  36652
Telephone:   (251) 344-5151
Facsimile:    (251) 344-9696
Email:        mstrasavich@burr.com
              rwoods@burr.com
              tjohnson@burr.com

4

32388607 v2

                                              *s/ Thomas O. Gaillard III*
THOMAS O. GAILLARD III    (GAILT9459)
WILLIAM W. WATTS    (WATTW5095)

Attorneys for Defendant Thomas Calhoun

OF COUNSEL:

HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama  36652
Telephone:    (251) 432-5521
Facsimile:     (251) 432-0633
Email:           tog@helmsinglaw.com

                                        *s/ Raymond L. Bell, Jr.*
RAYMOND L. BELL, JR.    (BELLR2024)
NEAL C. TOWNSEND    (TOWNN0210)

Attorneys for Defendant Wilbur Williams

OF COUNSEL:

ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, Alabama  36602
Telephone:    (251) 433-3234
Facsimile:     (251) 438-7733
Email:           raymond.bell@arlaw.com
                     neal.townsend@arlaw.com

                                        *s/ Kenyen R. Brown*
KENYEN R. BROWN
ALVIN K. HOPE, II
MARK L. REDDITT
H. FINN COX, JR.

Attorneys for Defendant Donald Pears

OF COUNSEL:

MAYNARD COOPER & GALE, P.C.
11 North Water Street, Suite 24290
Mobile, Alabama  36602
Telephone:    (251) 432-0001
Email:           kbrown@maynardcooper.com

32388607 v2

     ahope@maynardcooper.com
     mredditt@maynardcooper.com
     fcox@maynardcooper.com

          *s/ Dorothy A. Barker*
          DOROTHY A. BARKER  (PERRD2599)

          Attorney for Defendant Charles Bailey

OF COUNSEL:

FRAZER, GREENE, UPCHURCH
 & BAKER, LLC
Post Office Box 1686
Mobile, Alabama  36633
Telephone: (251) 431-6020
Facsimile: (251) 431-6030
Email: dab@frazergreene.com

          *s/ James B. Rossler*
          JAMES B. ROSSLER

          Attorney for Defendant Mark Neno

OF COUNSEL:

ROSSLER LAW FIRM LLC
Post Office Drawer 2164
Mobile, Alabama  36652
Telephone: (251) 432-2300
Facsimile: (251) 432-2320
Email: jrossler@earthlink.net

          *s/ Benjamin H. Albritton*
          BENJAMIN H. ALBRITTON

          Attorneys for Defendants State of Alabama, Donald Valeska, Gerrilyn Grant, and William Dill

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 353-4484
Facsimile: (334) 242-2433
Email: balbritton@ago.state.al.us

32388607 v2