# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE MARTIN,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0145-TM-MU |
| **CITY OF MOBILE, ALABAMA,** *et al.,* | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), the undersigned does hereby recuse himself from any and all further involvement in this proceeding.

**DONE and ORDERED** this 27th day of September, 2018.

/s/ Terry F. Moorer
**TERRY F. MOORER**
**UNITED STATES DISTRICT JUDGE**