IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| GEORGE MARTIN, | ( |
|---|---|
| Plaintiff, | ( |
| vs. | ( Civil Action 1:17-0145-CG-MU |
| CITY OF MOBILE, ALABAMA, *et al.*, | ( |
| Defendants. | ( |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, the Amended Motion to Dismiss filed by Defendants State of Alabama, Donald Valeska, Gerrilyn Grant, and William Dill, (Doc. 47), is **GRANTED**, and all claims set forth in the Amended Complaint, (Doc. 43), against said Defendants are hereby **DISMISSED**.

**DONE and ORDERED** this 28th day of September 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE