IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE MARTIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 17-145-CG-MU |
| | ) |
| **CITY OF MOBILE, ALABAMA., et al.**, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the Plaintiff's Motion to Stay These Proceedings Pending Final Resolution of State Criminal Proceedings (Doc. 105).

Any response in opposition to the motion shall be filed **no later than October 18, 2018.**   Plaintiff's reply may be filed **no later than October 25, 2018**. The motion is being submitted without oral argument.  See Fed.R.Civ.P. 78(b).  If the Court determines that oral argument would be appropriate, it shall advise the parties.  See Civil L.R. 7(h).

**DONE and ORDERED** this 4th day of October, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE