# EXHIBIT 1



AlaFile E-Notice

02-CC-1999-002696.80

Judge: ROBERT H. SMITH

To: ANDREW DARRELL ARRINGTON
aarrington@ago.state.al.us

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT CRIMINAL COURT OF MOBILE COUNTY, ALABAMA

STATE OF ALABAMA V. MARTIN GEORGE
02-CC-1999-002696.80

The following matter was FILED on 11/3/2015 3:36:22 PM

**C001 STATE OF ALABAMA**

MOTION TO DECLARE CLIFFORD DAVIS UNAVAILABLE

[Filer: ARRINGTON ANDREW DARRELL]

Notice Date:    11/3/2015 3:36:22 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8430
jo.schwarzauer@alacourt.gov

ELECTRONICALLY FILED
11/3/2015 3:36 PM
02-CC-1999-002696.80
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
CRIMINAL DIVISION

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: CC 1999-2696.80 |
| GEORGE MARTIN, | ) |
| Defendant. | ) |

**MOTION TO HAVE WITNESS CLIFFORD DAVIS DECLARED UNAVAILABLE**

COMES NOW the State of Alabama by and through its Attorney General, Luther Strange, and the undersigned, and hereby and respectfully moves for this Honorable Court to declare State's witness Clifford Davis unavailable to testify at the retrial of the Defendant scheduled to begin on January 4, 2016, and that Mr. Davis previous testimony given during first trial be adopted and read into the record, pursuant to *Alabama Rules of Evidence*, Rule 804(a)(3) and (4), and (b)(1).

In preparation for the retrial of Martin the State has located Mr. Davis to serve him with a subpoena to testify. Mr. Davis states that he has suffered several strokes and has no recall of his testimony previously given against George Martin. The State requests that this Court schedule a hearing to determine Mr. Davis unavailability. Furthermore, the State requests that this Court issue orders as requested by the parties to Mr. Davis physicians

2

to produce any documentation relevant to his memory loss due to heart attack or stroke.

        Respectfully submitted,

        LUTHER STRANGE
        ATTORNEY GENERAL
        BY:


        <u>/s/ Andrew Arrington</u>
        Andrew Arrington
        ASSISTANT ATTORNEY GENERAL

2

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 3rd day of November 2015, electronically filed the foregoing with the Clerk of Court using the Alafile system. A court stamped copy of the foregoing will be sent via email to the following:

    John H. Sharer
    Gibson, Dunn & Crutcher
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    JSharer@gibsondunn.com

                            /s/ Andrew D. Arrington_____
                            ANDREW D. ARRINGTON (ARR005)
                            ASSISTANT ATTORNEY GENERAL

<u>ADDRESS OF COUNSEL</u>:

Office of the Attorney General
Criminal Trials Division
501 Washington Avenue
Montgomery, Alabama 36130-0152
Phone:(334) 242-7300
FAX: (334) 242-4890