IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE MARTIN,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF MOBILE, ALABAMA, a municipal corporation; et al.,<br><br>   Defendants. | CIVIL ACTION NO. 1:17-CV-00145-CG-MU |

## STATUS REPORT

COMES NOW, George Martin, plaintiff in the above captioned matter, by and through his undersigned attorneys, submits the following status report pursuant to this Court's order of December 13, 2018 (Dkt. 118):

Alabama Circuit Court Judge Robert H. Smith—the judge in the State's criminal case against Mr. Martin—retired at the beginning of this new year 2019. Judge S. Wesley Pipes was elected during the November 2018 elections and replaced Judge Smith and took over the State's criminal case against Mr. Martin beginning on January 15, 2019.

On January 16, 2019, counsel for Mr. Martin and the State (the "Parties") attended a telephonic status conference with Judge Pipes, during which Judge Pipes disclosed two relationships he has or had, and asked the Parties to report back to him in two weeks as to whether either or both Parties believe these relationships constitute potential conflicts, and if so, whether they seek recusal of Judge Pipes. One of the relationships is that Judge Pipes' brother, Casey Pipes, is the managing partner of the law firm representing Defendant Thomas Calhoun in the instant federal matter—Helmsing Leach, Herlong, Newman & Rouse, P.C. Judge Pipes also

disclosed that he previously was an attorney and law partner with Ken Nixon at Lyons, Pipes & Cook P.C., which represented Mr. Martin during the first criminal trial in 2000. Mr. Nixon was co-counsel for Mr. Martin in connection with his earlier criminal trial. Judge Pipes directed the Parties to file their positions on the above disclosed relationships by January 30, 2019 at 5 p.m. CST. If the parties do not request his recusal, Judge Pipes intends to retain the criminal case and prepare the case for trial beginning May 20, 2019, with a hearing in February 2019 and other hearings to be scheduled shortly thereafter. If the parties seek recusal, the Presiding Judge will reassign the case, and a new trial date will be set.

The status of the criminal case supports the continuance of the stay pending the resolution of the criminal matter.

DATED: January 17, 2019

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *s/ John H. Sharer*
John H. Sharer*
Zathrina Zasell G. Perez*
Dione Garlick*

*pro hac vice admitted*

333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for PLAINTIFF GEORGE MARTIN

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 17th day of January 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send notification of same to the following CM/ECF participants:

**Benjamin H. Albritton** – generalcivil@ago.state.al.us

**Ricardo Andrew Woods** – ricardowoods@burr.com

**Michael David Strasavich** – mike.strasavich@burr.com

**Dorothy A. Barker** – dbp@frazergreene.com

**Neal C. Townsend** – neal.townsend@arlaw.com

**Thomas O. Gaillard, III** – tog@helmsinglaw.com

**Kenyen Ray Brown** – kbrown@maynardcooper.com

**Mark L. Redditt** – mredditt@maynardcooper.com

**James Rossler** – jrossler@earthlink.net

Dated:  January 17, 2019                              *s/ Zathrina Zasell G. Perez*

                                                                   Attorney for PLAINTIFF GEORGE MARTIN