IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE MARTIN,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF MOBILE, ALABAMA, a municipal corporation; et al.,<br><br>       Defendants. | CIVIL ACTION NO. 1:17-CV-00145-CG-MU |

## STATUS REPORT

COMES NOW, George Martin, plaintiff in the above captioned matter, by and through his undersigned attorneys, submits the following status report pursuant to this Court's order of December 13, 2018 (Dkt. 118):

On June 7, 2019, a jury in the criminal case against Mr. Martin returned a verdict of guilty on the charge of capital murder. Mr. Martin's conviction remains subject to post-trial motions and direct appeal, which he intends to vigorously pursue.

The status of the criminal case supports the continuance of the stay pending the resolution of the criminal matter.

DATED: June 25, 2019

    Respectfully submitted,

    GIBSON, DUNN & CRUTCHER LLP

    By: s/ John H. Sharer
        John H. Sharer*
        Zathrina Zasell G. Perez*

    *pro hac vice admitted*

    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
    Facsimile: 213.229.7520

    Attorneys for PLAINTIFF GEORGE MARTIN

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have on this the 25th day of June 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send notification of same to the following CM/ECF participants:

   **Benjamin H. Albritton** – generalcivil@ago.state.al.us

   **Ricardo Andrew Woods** – ricardowoods@burr.com

   **Michael David Strasavich** – mike.strasavich@burr.com

   **Dorothy A. Barker** – dbp@frazergreene.com

   **Neal C. Townsend** – neal.townsend@arlaw.com

   **Thomas O. Gaillard, III** – tog@helmsinglaw.com

   **Kenyen Ray Brown** – kbrown@maynardcooper.com

   **Mark L. Redditt** – mredditt@maynardcooper.com

   **James Rossler** – jrossler@earthlink.net

Dated:  June 25, 2019                           *s/ Zathrina Zasell G. Perez*

                                                  Attorney for PLAINTIFF GEORGE MARTIN