IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 17-0145-CG-MU |
| CITY OF MOBILE, ALABAMA, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date granting Defendants' Motions to Dismiss, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants, **City of Mobile, Alabama, Donald Pears, Thomas Calhoun, Charles Bailey, Wilbur Williams, and Mark Neno** and against Plaintiff, **George Martin**. Plaintiff's § 1983 claims are **DISMISSED WITHOUT PREJUDICE** as premature pursuant to *Heck v. Humphrey*, 512 U.S. 477, 489–90, 114 S.Ct. 2364, 2374, 129 L.Ed.2d 383 (1994). Additionally, Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3) as this Court will not exercise supplemental jurisdiction over those claims.

**DONE** and **ORDERED** this 15th day of October, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE